# UNITED STATES DISTRICT COURT
### For the Southern District of Illinois

JEFFERY A. STEINKAMP
_____          )
            **Plaintiff(s)**             )
                        v.                    )     Case Number:     23-4064-JPG
DAVID RUSSELL                    )                      _____
_____          )
            **Defendant(s)**            )

## MOTION AND AFFIDAVIT TO PROCEED
## IN DISTRICT COURT
## WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1.  If incarcerated:
    A.  I am being held at: __Graham Correctional Center_____
        I have attached to this document a statement certified by the appropriate
        institutional officer showing all receipts, expenditures, and balances
        during the last six months for any institutional account in my name. I am
        also submitting a similar statement from any other institution where I
        was incarcerated during the last six months. NOTE: *You must have an*
        *authorized institutional officer complete the last page of this form.*

    B.  I declare one of the following:
        X I have NOT had 3 or more civil actions dismissed as being frivolous, malicious, or for
        failure to state a claim and/or received 3 or more "strikes" under 28 U.S.C. § 1915(g).

        __ I am proceeding under 28 U.S.C. § 1915(g), based on my claim that I am in imminent
        danger of serious physical injury.

2.  If not incarcerated:
    A.  Are you        o Yes              o No   employed?

    B.  If employed, my employer's name and address are:

    C.  My gross pay or wages are: $_____, and my take-home pay or wages are:
        $ _____per (specify pay period) _____.

1

3. Other Income. In the past 12 months, I have received income from the following sources (check all that apply):

| | | |
|---|---|---|
| (a) Business, profession, or other | O Yes | ☒ No |
| (b) Rent payments, interest, or dividends | O Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | O Yes | ☒ No |
| (d) Disability or worker's compensation | O Yes | ☒ No |
| (e) Gifts or inheritances | O Yes | ☒ No |
| (f) Any other sources | ☒ Yes | O No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I receive money from family and friends that varies monthly. It sometimes ranges between $20.00 and $100.00. This money is sent to me for commissary purchases and clothing.

4. Amount of money that I have in cash or in a checking or savings account:    −0−    .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):    −0−

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):    Commissary purchases.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:    −0−

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):    −0−

DECLARATION:  I declare under penalty of perjury that the above information is true.  I understand that a false statement may result in a dismissal of my claims.

Date:  12-28-23

_____
Movant's signature

Jeffery Steinkamp
_____
Printed name

AO 240  (Rev. 06/09) Motion to Proceed in District Court Without Prepaying Fees or Costs  (Short Form) MODIFIED SDIL (7/2018)

3

Date: 11/17/2023

Time:  2:13pm

d_list_inmate_trans_statement_composite

**Graham Correctional Center**

**Trust Fund**

Inmate Transaction Statement

Page 1

REPORT CRITERIA  -  Date: 05/17/2023 thru End;     Inmate: S04091;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance
Errors Only ? : No;     Statewide ? : No

**Inmate: S04091 Steinkamp, Jefferey A.**                    **Housing Unit: GRA-24-C -07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | **0.00** |
| 07/21/23 | Mail Room | 04 Intake and Transfers In | 2022145 | 1961 | Received Through R & C | 107.72 | 107.72 |
| 07/25/23 | Mail Room | 16 GTL | 206200 | 21622864535459 | Simenson, Michele | 40.00 | 147.72 |
| 07/26/23 | Point of Sale | 60 Commissary | 2077248 | 1169396 | Commissary | -70.62 | 77.10 |
| 08/05/23 | Mail Room | 16 GTL | 217200 | 21644771499428 | Guffey, Melissa | 20.00 | 97.10 |
| 08/23/23 | Mail Room | 16 GTL | 235200 | 21665745841061 | Guffey, Melissa | 40.00 | 137.10 |
| 08/23/23 | Point of Sale | 60 Commissary | 2357248 | 1173907 | Commissary | -118.08 | 19.02 |
| 08/31/23 | Point of Sale | 60 Commissary | 2437224 | 1174866 | Commissary | -17.97 | 1.05 |
| 09/01/23 | Mail Room | 16 GTL | 244200 | 21673413477283 | Guffey, Melissa | 40.00 | 41.05 |
| 09/06/23 | Mail Room | 16 GTL | 249200 | 21666168380196 | Guffey, Melissa | 50.00 | 91.05 |
| 09/08/23 | Point of Sale | 60 Commissary | 2517254 | 1175590 | Commissary | -86.43 | 4.62 |
| 09/15/23 | Mail Room | 16 GTL | 258200 | 21684747868069 | Guffey, Melissa | 50.00 | 54.62 |
| 09/19/23 | Mail Room | 16 GTL | 262200 | 21684836793894 | Guffey, Melissa | 45.00 | 99.62 |
| 09/19/23 | Payroll | 20 Payroll Adjustment | 2621145 | | P/R month of 8 2023 | 4.40 | 104.02 |
| 09/22/23 | Point of Sale | 60 Commissary | 2657254 | 1177657 | Commissary | -103.80 | .22 |
| 10/11/23 | Mail Room | 15 JPAY | 284200 | 161958106 | Steinkamp, Robin | 100.00 | 100.22 |
| 10/11/23 | Mail Room | 16 GTL | 284200 | 21699461169189 | Miller, Amy | 25.00 | 125.22 |
| 10/16/23 | Point of Sale | 60 Commissary | 2897254 | 1179852 | Commissary | -125.11 | .11 |
| 10/18/23 | Payroll | 20 Payroll Adjustment | 2911145 | | P/R month of 9 2023 | 14.61 | 14.72 |
| 10/26/23 | Point of Sale | 60 Commissary | 2997254 | 1180998 | Commissary | -14.36 | .36 |
| 11/08/23 | Mail Room | 16 GTL | 312200 | 21745487427747 | Miller, Amy | 33.00 | 33.36 |
| 11/15/23 | Payroll | 20 Payroll Adjustment | 3191145 | | P/R month of 102023 | 16.90 | 50.26 |
| 11/17/23 | Point of Sale | 60 Commissary | 3217257 | 1183151 | Commissary | -38.25 | 12.01 |

| | |
|---|---|
| **Total Inmate Funds:** | 12.01 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 12.01 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: _Steinkamp_    ID #: _SO4091_ Living Unit: _24-C-7_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services    ☐ OAEVS    ☐ Vocational    ☒ Business Office    ☐ Record Office    ☐ Placement Office
☐ Health Care Unit    ☐ other (specify): _Can you plz sign my account_

for the purpose of (explain): _trust funds this is the every inprontand_
_to me plz and thers for your time_

Have you previously discussed this issue with a staff member? ☐ No    ☐ Yes    If yes, name: _____

_Jeff Stkp_
_____
Individual in Custody's Signature                                    Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE* DEC 1 8 2023

Remarks by staff (if necessary):
_This was signed + mailed to US Dist Court_
_on 12/19/23._

_____    _____    _____
Print Staff Name                                    Staff Signature                                    Date

Distribution:    Affected Unit                    *Printed on Recycled Paper*                    DOC 0286 (Rev. 3/2022)

---

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: _Jeff Steinkamp_    ID #: _S#04091_ Living Unit: _24-C-7_

Job Assignment: _School_    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services    ☐ OAEVS    ☐ Vocational    ☐ Business Office    ☐ Record Office    ☐ Placement Office
☐ Health Care Unit    ☐ other (specify): _Trust funds_

for the purpose of (explain): _Can I have copy of my account balance_
_last 6 months please I need it for my Civil lawsuit_

Have you previously discussed this issue with a staff member? ☐ No    ☐ Yes    If yes, name: _____

_____    _____    NOV 1 7 2023
Individual in Custody's Signature                                    Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*    RECEIVED

Remarks by staff (if necessary):
_____
_____

_____    _____    _____
Print Staff Name                                    Staff Signature                                    Date