IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFERY A. STEINKAMP, #S04091 and #13474-511, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 23-cv-04064-JPG ) |
| ROBERT DAVID RUSSELL, MATT McCONKEY, LUCAS GATHE, AMBER WALTERS and FAYETTE COUNTY, ILLINOIS, | ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice** against Defendant Amber Walters and **DISMISSED without prejudice** against Defendants Robert David Russell, Matt McConkey, Lucas Gathe, and Fayette County, Illinois, the parties to bear their own costs.

**DATED**: May 28, 2025

MONICA A. STUMP, CLERK

By: s/ Megan Domina
Deputy Clerk

APPROVED: s/ J. Phil Gilbert
J. PHIL GILBERT
United States District Judge